UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEVON NEWSOME,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>S. MORRIS, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-00888 AB (RAO)<br><br><br>JUDGMENT |

　　In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

　　IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice and without leave to amend.

DATE: August 17, 2016　　　　　_____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE